IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK WINN                                                                                            PETITIONER
ADC #130366

V.                                      NO.  4:04cv01024 SWW

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended (docket entries #2, #14), in its entirety, with prejudice.

IT IS SO ORDERED this 9th day of August 20007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE